UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1) REBECCA LYNN BARKER )<br>2) ROBERT ALLAN BURNETTE )<br>    a/k/a "Mater" )<br>3) ANGELA VANCE CARVER )<br>4) DEREK MICHAEL CLUFF )<br>5) MARCUS BRANDON COBAUGH )<br>6) LINDSAY NICOLE COBB )<br>    a/k/a "Lou" )<br>7) DAVID HUNTER CRESON )<br>8) WILLIAM JOSEPH CRAIG )<br>    a/k/a "Joey" )<br>9) ARTHUR SHANE DOUVILLE )<br>10) JAIME GAMEZ )<br>11) JUSTIN CAROLL GIBSON )<br>    a/k/a "Baby Face" )<br>12) JANE IVISON GILL )<br>13) SARAH JANE GILL )<br>14) ROBERTO ILLERMA IBARRA )<br>    a/k/a "Chico" )<br>15) ELIZABETH GABRIELLE MANN )<br>    a/k/a "Gabby" )<br>16) JOSE ANDRES MARTINEZ )<br>    a/k/a "Andy" )<br>17) KEITH ALLEN McMAHAN )<br>18) NICHOLAS RAY MILLER )<br>19) RYAN WARREN MUSTER )<br>20) KELLY WOODROW ROSS )<br>21) RICHARD ANTHONY SWANGER )<br>22) CHRISTY HELEN TRULL )<br>23) MICHAEL KEVIN VANLANDINGHAM )<br>) | DOCKET NO. 1:21 CR 70-MR-WCM<br><br>**<u>ORDER TO SEAL</u>**<br>**<u>INDICTMENT</u>**<br><br>FILED<br>ASHEVILLE, N.C.<br><br>AUG 03 2021<br><br>U.S. DISTRICT COURT<br>W. DIST. OF N.C. |

UPON MOTION of the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina,

for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation and related investigations, to prevent the flight of the defendants in this case and the defendants in the related cases to avoid prosecution, and to prevent the destruction of evidence until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 3rd day of August, 2021.

MAX O. COGBURN, JR.
UNITED STATES DISTRICT JUDGE