# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:21-cr-00070-MR-WCM-9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ARTHUR SHANE DOUVILLE, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Suppress [Doc. 263]; the Magistrate Judge's Memorandum and Recommendation regarding that motion [Doc. 387]; and the Defendant's Objections to the Memorandum and Recommendation [Doc. 409].

On November 29, 2021, the Honorable W. Carleton Metcalf, United States Magistrate Judge, conducted an evidentiary hearing on the motion to suppress. On February 16, 2022, the Magistrate Judge issued a Memorandum and Recommendation, recommending that the motion to suppress be denied. [Doc. 387]. The Defendant timely filed Objections to the Memorandum and Recommendation on March 2, 2022. [Doc. 409].

Upon conducting a *de novo* review of the Memorandum and Recommendation, the Court finds that the Magistrate Judge's proposed

findings of fact are correct and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby overrules the Defendant's Objections and accepts the Magistrate Judge's recommendation that the Defendant's Motion to Suppress should denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Objections [Doc. 409] are **OVERRULED**; the Magistrate Judge's Memorandum and Recommendation [Doc. 387] is **ACCEPTED**; and the Defendant's Motion to Suppress [Doc. 263] is **DENIED**.

**IT IS SO ORDERED.**

Signed: March 22, 2022

Martin Reidinger
Chief United States District Judge