IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-cr-00070-MR-WCM-9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) (9) ARTHUR SHANE DOUVILLE, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment as to the Named Defendant [Doc. 716].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 716] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED** as to the Defendant Arthur Shane Douville only.

IT IS SO ORDERED.

Signed: November 7, 2022

Martin Reidinger
Chief United States District Judge